**DENIED and Opinion Filed May 8, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00393-CV

## IN RE LARRY M. WOLFORD, INDIVIDUALLY AND DENISE L. WOLFORD, INDIVIDUALLY, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06038**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Garcia

Before the Court is relators' April 28, 2023 petition for writ of mandamus wherein relators challenge the trial court's denial of relators' rule 91a motion to dismiss.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. See TEX. R. APP. P. 52.8(a).

/Dennise Garcia/
_____
DENNISE GARCIA
JUSTICE

230393f.p05